UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Earl M. Boyd
5905 Mardella Blvd
Clinton, MD 20735-2253
Telephone 301-868-0008

    Plaintiff

VS.                              CIVIL ACTION NO. **07 1098 - PLF**

Michael Chertoff, Secretary
U.S. Department of Homeland Security
Washington, DC 20528

    Defendant

RECEIVED
JUL 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1. I, Earl M. Boyd, am the Plaintiff in this case.

2. On June 19, 2007, I sent to Alberto R. Gonzales, United States Attorney General, by U.S. Postal Service Certified Mail, Receipt 7007 0220 0002 7392 2393, Return Receipt Requested, a copy of my Complaint and Summons addressed to U.S. Attorney General Gonzales at 950 Pennsylvania Avenue, Northwest, Washington, DC 20530.

3. The Complaint and Summons were in fact received and accepted for service by Ernest L. Parker on June 25, 2007, as evidenced by the original Domestic Return Receipt, Article Number 7007 0220 0002 7392 2393, which is attached hereto as Exhibit A and is incorporated herein by reference.

4. Although I do not personally know Ernest L. Parker or his position at the U.S. Department of Justice, it is my conclusion that due to security procedures for screening mail delivered by the U.S. Postal Service addressed to U.S. Attorney General Alberto R. Gonzales, an agent of U.S. Attorney General Alberto R. Gonzales has been authorized to sign for and to receive Certified Mail on behalf of U.S. Attorney General Gonzales.

5. I, Earl M. Boyd, solemnly swear or affirm under criminal penalties for the making of a false statement that I have read this Affidavit of Service by Certified Mail and that the factual statements made in it are true to the best of my personal knowledge, information and belief.

Dated: July 1, 2007

Respectfully submitted,

By: *(signature)*

Earl M. Boyd (Pro Se)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ALBERTO R. GONZALES,
U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ernest L. Parker*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JUN 2 5 2007
C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0002 7392 2393

Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

This is to certify that I caused a copy of the foregoing to be served on the following individual by depositing a copy of same in the United States Mail, first class, postage prepaid and addressed as follows:

Alberto R. Gonzales

U.S. Attorney General

950 Pennsylvania Ave. NW

Washington, DC  20530

This the 1st day of July 2007

By: /s/ Earl M. Boyd

Earl M. Boyd (Pro Se)

5905 Mardella Blvd

Clinton, MD 20735