UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Earl M. Boyd
5905 Mardella Blvd
Clinton, MD 20735-2253
Telephone 301-868-0008

Plaintiff

**RECEIVED**

JUL 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS.                             CIVIL ACTION NO. **07 1098 - PLF**

Michael Chertoff, Secretary
U.S. Department of Homeland Security
Washington, DC 20528

Defendant

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1. I, Earl M. Boyd, am the Plaintiff in this case.

2. On June 19, 2007, I sent to Michael Chertoff, Secretary, U.S. Department of Homeland Security, by U.S. Postal Service Certified Mail, Receipt 7007 0220 0002 7392 2386, Return Receipt Requested, a copy of my Complaint and Summons addressed to Secretary Michael Chertoff at U.S. Department of Homeland Security, Washington, DC 20528.

3. The Complaint and Summons were in fact received and accepted for service by a person whose signature I cannot read on July 2, 2007, as evidenced by the original Domestic Return Receipt, Article Number 7007 0220 0002 7392 2386, which is attached hereto as Exhibit A and is incorporated herein by reference.

4. Although I do not personally know the person who signed the receipt or his/her position at the U.S. Department of Homeland Security, it is my conclusion that due to security procedures for screening mail delivered by the U.S. Postal Service addressed to Secretary Michael Chertoff, an agent of Secretary Michael Chertoff has been authorized to sign for and to receive Certified Mail on behalf of Secretary Michael Chertoff.

5. The receipt was stamped on its face "SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY".

6. I, Earl M. Boyd, solemnly swear or affirm under criminal penalties for the making of a false statement that I have read this Affidavit of Service by Certified Mail and that the factual statements made in it are true to the best of my personal knowledge, information and belief.

Dated: July 15, 2007                    Respectfully submitted,

By: /s/ Earl M. Boyd

Earl M. Boyd (Pro Se)

5905 Mardella Blvd

Clinton, MD  20735

301-868-0008

Attachment

## CERTIFICATE OF SERVICE

This is to certify that I caused a copy of the foregoing to be served on the following individual by depositing a copy of same in the United States Mail, first class, postage prepaid and addressed as follows:

Michael Chertoff,

Secretary

U.S. Department of Homeland Security

Washington, DC  20528

This the 15th day of July 2007

By: _____

Earl M. Boyd (Pro Se)

5905 Mardella Blvd

Clinton, MD 20735

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery JUL - 2 2007 |
| 1. Article Addressed to:<br>MICHAEL CHERTOFF,<br>SECRETARY<br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY<br>WASHINGTON, DC 20528<br>SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0220 0002 7392 2386 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |