UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                  )
EARL M. BOYD,                     )
                                  )
            Plaintiff,            )
                                  )
      v.                          )     Civil Action No. 07-1098
                                  )
MICHAEL CHERTOFF, Secretary,      )
United States Department of       )
Homeland Security,                )
                                  )
            Defendant.            )
_____)
```

ORDER

For the reasons stated in the Opinion issued this same day, the Court will treat Plaintiff's Motion for Court Order to Defendant that Defendant Publish Implementing Instructions [5] as a motion to amend the complaint. Accordingly, it is hereby

ORDERED that plaintiff's motion to amend his complaint is GRANTED; it is

FURTHER ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6) [4] is GRANTED; and it is

FURTHER ORDERED that the Clerk of this Court shall remove Civil Action No. 07-1098 from the docket of this Court.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: March 31, 2008                        United States District Judge